**Original filed 5/12/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKEY LOUIS ALFORD,                )        No. C 05-4327 JF (PR)
a.k.a. MORRIS DAY,                   )
                                     )        ORDER OF DISMISSAL
                Petitioner,          )
                                     )
    vs.                              )
                                     )
EVANS, Warden,                       )
                                     )
                Respondent.          )
_____    )

        Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas

corpus pursuant to 28 U.S.C. § 2254.  On March 9, 2006, the Court dismissed the petition

with leave to amend because the petition failed to set forth any cognizable claims for

review pursuant to § 2254.  The Court enclosed a copy of the Court's habeas form and

directed Petitioner to file an amended petition within thirty days.  As of the date of this

order, Petitioner has not responded, nor filed an amended petition.  Accordingly, the

instant petition is dismissed without prejudice for failure to state a cognizable claim under

§ 2254.

        IT IS SO ORDERED.

DATED: ___5/12/06_____

                                        _____
                                        JEREMY FOGEL
                                        United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\hc.05\Alford327dis               1

1   This is to certify that a copy of this ruling was mailed to the following:

2

3   Rickey Louis Alford
    J-39242
    CSP - Salinas Valley IV
4   P.O. Box 1060
    Soledad, CA  93960-1060
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28